

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00499-CV

In the Interest of **E.J.G.** and E.I.G.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05544
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 12, 2019.

_Irene Rios_
Irene Rios, Justice